■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RHONDA BAKER, Appellant. [874 NYS2d 857]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Kron, J.), imposed September 21, 2006, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Santucci, Carni and Eng, JJ., concur.